# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| Jay B. Glanzer and | ) | |
| Penny L. Glanzer, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| V. | ) | Case No. 10-1283-CV-W-JTM |
| | ) | |
| BAC Home Loans Servicing, LP, | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

Pursuant to the *Stipulation of Dismissal as to Defendant Millsap & Singer Law Firm, LLC Only*, filed February 28, 2011 [Doc. 4], it is

**ORDERED** that plaintiff's claims against defendant Millsap & Singer Law Firm LLC are **DISMISSED WITH PREJUDICE**, each party to bear their own costs and attorney fees. Plaintiff's claims against defendant BAC Home Loans Servicing, LP remain pending.


　　　　　　　　　　　　*/s/ John T. Maughmer*
　　　　　　　　　　　　**JOHN T. MAUGHMER**
　　　　　　　　　　　　**U. S. MAGISTRATE JUDGE**