# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

| | |
|---|---|
| Jay B. Glanzer, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) Case No. 10-1283-CV-W-JTM |
| | ) |
| BAC Home Loans Servicing, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pursuant to the *Stipulation of Dismissal, with Prejudice*, filed October 5, 2011 [Doc. 9], it is

**ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear their/its own costs and fees.


          */s/ John T. Maughmer*
          **JOHN T. MAUGHMER**
          **U. S. MAGISTRATE JUDGE**